In re:                                                                                Case No. 21-00905-PMM

Susan Czahor                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | David J. Apothaker, Esquire, 520 Fellowship Road Suite C306, PO Box 5496, Mt. Laurel, NJ 08054-5496 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bankruptcy@cavps.com | May 25 2021 19:00:00 | Calvary SPV, LLC,, as Assignee of Capital One, N.A., 500 Summit Lake Drive, Ste 400, Vahalla, NY 10595-2321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J. Martin | on behalf of Debtor 1 Susan Czahor jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| Mark J. Conway (Trustee) | PA40@ecfcbis.com  mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SUSAN CZAHOR | : | |
| | : | |
| DEBTOR | : | NO. 5-21-00905-PMM |

| | | |
|---|---|---|
| SUSAN CZAHOR | : | |
| MOVANT | : | NATURE OF PROCEEDINGS |
| V. | : | MOTION TO AVOID LIENS |
| CALVARY SPV I, LLC, AS ASSIGNEE | : | |
| OF CAPITAL ONE, N.A. | : | |
| RESPONDENT | : | |

### ORDER TO AVOID JUDICAL LIEN

The motion of Debtor, Susan Czahor, to avoid lien of the respondent, Calvary SPV I,

LLC, as Assignee of Capital One, N.A. is sustained.

It is hereby ORDERED and DECREED that the judicial lien held by Calvary SPV I,

LLC, as Assignee of Capital One, N.A., in and on debtor's residential real estate at 329

Gumbletown Road, Paupack, PA 18451 entered of record in the Pike County Court of Common

Pleas Case No, 56-2021 be hereby canceled.

It is further ORDERED that unless debtor's bankruptcy case is dismissed, Calvary SPV I,

LLC, as Assignee of Capital One, N.A. shall take all steps necessary and appropriate to release

the judicial lien and remove it from the local judgment index.

Dated:  May 25, 2021

Patricia M. Mayer, Judge
United States Bankruptcy Court