United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00905-PMM
Susan Czahor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: May 25, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Michael J. Sibio, Community Manager Hemlock Farms, 1007 Hemlock Farms, Lords Valley, PA 18428-9066 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J. Martin | on behalf of Debtor 1 Susan Czahor jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| Mark J. Conway (Trustee) | PA40@ecfcbis.com mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>SUSAN CZAHOR | : | CHAPTER 7 |
| DEBTOR | : | NO. 5-21-00905-PMM |
| SUSAN CZAHOR<br>    MOVANT<br>V.<br>HEMLOCK FARMS COMMUNITY ASSOCIATION,<br>    RESPONDENT | : | NATURE OF PROCEEDINGS<br>MOTION TO AVOID LIENS |

## ORDER TO AVOID JUDICAL LIENS

The motion of Debtor, Susan Czahor, to avoid liens of the respondent, Hemlock Farms Community Association is sustained.

It is hereby ORDERED and DECREED that the judicial liens held by Hemlock Farms Community Association, in and on debtor's residential real estate at 329 Gumbletown Road, Paupack, PA 18451 entered of record in the Pike County Court of Common Pleas as follows: (1) 45460-2012-Judgment on June 15, 2012 in the amount of $1859.06; (2) 45461-2012-Judgment on June 15, 2012 in the amount of $1,443.55; (3) 45104-2014-Judgment on Jan. 3, 2014 in the amount of $6868.78; (4) 45106-2014-Judgment on March 10, 2014 in the amount of $6093.50; (5) 45174-2016-Judgment on March 31, 2016 in the amount of $3723.16; (6) 45175-2016-Judgment on March 31, 2016 in the amount of $4388.50; (7) 45714-2016-Judgment on Nov. 28, 2016 in the amount of $3893.60; and (8) 45713-2016-Judgment on Nov. 28, 2016 in the amount of $2525.61, be hereby canceled.

It is further ORDERED that unless debtor's bankruptcy case is dismissed, Hemlock Farms Community Association shall take all steps necessary and appropriate to release the judicial liens and remove them from the local judgment index.

Dated: May 25, 2021

*Patricia M. Mayer* (signature)

Patricia M. Mayer, Judge
United States Bankruptcy Court